

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 14, 2013.**

_Craig A. Gargotta_
_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-60113 |
| | § | |
| WILLIAM HENRY BEARD AND | § | |
| TRISH DAWN BEARD | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
### (The Room Store/HSBC)

Before the Court is the Debtors' Motion to Redeem Personal Property from The Room Store/HSBC (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem a sectional sofa and end tables (the "Furniture") purchased from The Room Store and financed through HSBC by paying to HSBC the value of the Furniture

, which one of the Debtors assert in his affidavit is now worth $100.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Furniture, which is the subject of the Motion, may be redeemed by Debtors for the sum of $100.00, as long as the Debtors pay this amount to HSBC within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: _Erin B. Shank_

Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS