**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 14, 2013.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-60113 |
| | § | |
| WILLIAM HENRY BEARD AND | § | |
| TRISH DAWN BEARD | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
(The Room Store/HSBC)

Before the Court is the Debtors' Motion to Redeem Personal Property from The Room Store/HSBC (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem a sectional sofa and end tables (the "Furniture") purchased from The Room Store and financed through HSBC by paying to HSBC the value of the Furniture

, which one of the Debtors assert in his affidavit is now worth $100.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Furniture, which is the subject of the Motion, may be redeemed by Debtors for the sum of $100.00, as long as the Debtors pay this amount to HSBC within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: *Erin B. Shank*
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS

F:\Server Documents\6 Archive 2501-2700\2572 Beard, William & Trisha\Order Granting Motion to Redeem Personal Property The Room Store.wpd

```
                                  United States Bankruptcy Court
                                   Western District of Texas
In re:                                                                                  Case No. 13-60113-cag
William Henry Beard                                                                     Chapter 7
Trisha Dawn Beard
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0542-6           User: vogest                Page 1 of 3                  Date Rcvd: Mar 14, 2013
                               Form ID: pdfapac            Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2013.
db/db     +William Henry Beard,   Trisha Dawn Beard,   10803 Elk Rd.,   Axtell, TX 76624-1504
15706488   American Collection Services,   P.O. Box 44069,   Oklahoma City, OK 73144-1069
15706489  +Auto Collision Center,   315 Cotton,   Waco, TX 76712-6704
15706490  +Auto Zone,   PO Box 791409,   Baltimore, MD 21279-1409
15706492  +Bank Of America,   Po Box 982235,   El Paso, TX 79998-2235
15706491  +Bank of America,   1825 East Buckeye,   Phoenix, AZ 85034-4216
15706493  +Cach LLC,   370 17th Street Suite 500,   Houston, TX 77008
15706496  +Capital One / Best B,   Po Box 5253,   Carol Stream, IL 60197-5253
15706497  +Capital One Bank,   P.O. Box 85147,   Richmond, VA 23276-0001
15706498  +Capital One, N.a.,   Capital One Bank (USA) N.A.,   PO Box 30285,   Salt Lake City, UT 84130-0285
15706499   Cardmember Service,   P.O. Box 94014,   Palatine, IL 60094-4014
15706500  +Chase Bank Usa, Na,   Po Box 15298,   Wilmington, DE 19850-5298
15706502   Clear Wire,   2808 W Loop 340 H 13-14,   Waco, TX 76711
15706503  +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   St. Charles, MO 63301-9816
15706507  +Dsrm National Bank/,   PO Box 631,   Amarillo, TX 79105-0631
15734514  +Educators Credit Union,   P.O. Box 20728,   Waco, TX 76702-0728
15706508   Educators Credit Union,   c/o Kerry L. Haliburton,   PO Box 1470,   Waco, TX 76703-1470
15706510  +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
15706512   FIA Card Services,   PO Box 15726,   Wilmington, DE 19886-5726
15706513   FMA Alliance LTD,   P.O. Box 2409,   Houston, TX 77252-2409
15706514   GE Capital Retail Bank,   P.O. Box 960061,   Orlando, FL 32895-0061
15706517   Hsbc Hrsusa/roomstor,   Po Box 15524,   Wilmington, DE 19850
15706518  +Hsbc Retail Services,   Pob 978,   Wood Dale, IL 60191-0978
15706519  +Hsbc/kawas,   Attention: Bankruptcy,   PO Box 5216,   Carol Stream, IL 60197-5216
15706520   Lths Recov,   6880 S Yosemite Co,   Englewood, CO 80155
15712862  +McLennan County,   c/o Diane W. Sanders,   Linebarger Goggan Blair & Sampson, LLP,   PO BOX 17428,
             Austin, TX 78760-7428
15706521   National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
15706522   National Hot Rod Association,   430 Park Ave.,   Memphis, TN 38111
15706524  +Nicole Beard,   9900 China Spring Rd., #1708,   Waco, TX 76708-5798
15706525  +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
15706526   Roomstore/HSBC Retail Services,   P.O. Box 4144,   Carol Stream, IL 60197-4144
15706527  ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court:  Snap On Credit,    1125 Tri-State Pkwy,   Gurnee, IL 60031)
15706529  +Sunrise Credit Service Inc.,   260 Airport Plaza Blvd,   Farmingdale, NY 11735-4021
15706530  +Telecheck,   Attn: Bankruptcy Dept.,   PO Box 4451,   Houston, TX 77210-4451
15706531  +Telecheck Services, Inc,   5251 Westheimer Road,   Houston, TX 77056-5415
15706532  +Trans Union Corporation,   Attn: Public Records Dept.,   555 West Adams Street,
             Chicago, IL 60661-3631
15706533  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bancorp,   Po Box 5227,   Cincinnati, OH 45201)
15706534   US Bank,   P.O. Box 790415,   St Louis, MO 63179-0415
15706535  +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
15706536  +Usdoe/glelsi,   2401 International,   Madison, WI 53704-3121
15706537   Valero,   DSRM National Bank,   P.O. Box 300,   Amarillo, TX 79105-0300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15706494  +E-mail/Text: ebn@squaretwofinancial.com Mar 15 2013 02:15:52   Cach, Llc,
             Attention: Bankruptcy,   4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3408
15706495  +E-mail/Text: cms-bk@cms-collect.com Mar 15 2013 01:49:27   Capital Management Services, LP,
             726 Exchange St., Suite 700,   Buffalo, NY 14210-1464
15706501  +Fax: 602-659-2196 Mar 15 2013 02:25:54   ChexSystems,   Attn: Consumer Relations,
             7805 Hudson Rd, Ste 100,   Woodbury, MN 55125-1703
15706505   E-mail/PDF: mrdiscover@discoverfinancial.com Mar 15 2013 01:59:59   Discover,   P.O. Box 3008,
             New Albany, OH 43054-3008
15706506  +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 15 2013 01:59:59   Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
15706509   E-mail/Text: collections.info@educationcu.com Mar 15 2013 01:50:22   Educators Credit Union,
             P.O. Box 815909,   Dallas, Texas 75381-5909
15706515  +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2013 01:55:25   GE Capital Retail Bank,
             P.O. Box 103104,   Roswell, GA 30076-9104
15706516  +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2013 01:52:39   Gecrb/discount Tire,
             Attention: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
15706523  +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 15 2013 02:13:25   NCO Financial Services,
             P.O. Box 15110,   Wilmington, DE 19850-5110
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         McLennan County
```

```
District/off: 0542-6          User: vogest              Page 2 of 3              Date Rcvd: Mar 14, 2013
                              Form ID: pdfapac          Total Noticed: 50

cr*             Educators Credit Union,   P.O. Box 20728,   Waco, TX   76702-0728
15726399*      ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court:   Snap-on Credit LLC,   950 Technology Way, Suite 301,
                  Libertyville, IL 60048)
15706528*      ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court:   Snap-on Credit Llc,   Attn: Bankruptcy,
                  950 Technology Way Suite 301,   Libertyville, Il 60048)
15706504       ##Coface Collections North America, Inc.,   P.O. Box 8510,   Metairie, LA 70011-8510
15706511       ##+Experian,   Profile Maintenance,   P.O. Box 9532,   Allen, TX 75013-9532
                                                                               TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0542-6          User: vogest              Page 3 of 3              Date Rcvd: Mar 14, 2013
                              Form ID: pdfapac          Total Noticed: 50


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2013 at the address(es) listed below:
              Diane W. Sanders    on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
              Erin B. Shank    on behalf of Debtor Trisha Beard shanknotices@hot.rr.com
              James  Studensky     jstudensky@epitrustee.com,    jstudensky@ecf.epiqsystems.com
              Kerry L. Haliburton    on behalf of Creditor  Educators Credit Union haliburton@namanhowell.com,
               raquel@namanhowell.com;belinda@namanhowell.com;karen@namanhowell.com;bonnie@namanhowell.com
              United States Trustee - WA12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 5
```